IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMELIA JOHNSON, § | | |
| TDCJ #640983, § | | |
| Petitioner, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-05-1977 |
| § | | |
| DOUG DRETKE, Director, § | | |
| Texas Department of Criminal Justice - § | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## ORDER OF DISMISSAL

State inmate Amelia Johnson has filed this action seeking habeas corpus relief under 28 U.S.C. § 2254 from a prison disciplinary conviction. The petition filed in this case attacks the same disciplinary conviction (#20040284564) as one challenged by Johnson in another proceeding filed previously in this district. *See Johnson v. Dretke*, Civil Action No. H-05-1911 (S.D. Tex.). Because the petition in this case duplicates another previously-filed proceeding, the Court concludes that this case must be closed as improvidently filed.

It is **ORDERED** that this case (Civil Action No. H-05-1977) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk will provide copies of this order to the petitioner.

SIGNED at Houston, Texas, on the 10th of June, 2005.

Nancy F. Atlas
United States District Judge